UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:23-cr-144-6 |
| Plaintiff, | ) ) | Judge J. Philip Calabrese |
| v. | ) ) | |
| MARK GUMBEL, | ) ) | |
| Defendant. | ) ) ) | |

**ORDER TO SHOW CAUSE**

On August 28, 2025, the Court held an in-person final pretrial conference. Though the Court previously ordered parties to attend the conference in person, Defendant Mark Gumbel was not present, and the Court did not excuse his attendance. Therefore, the Court **ORDERS** Defendant to show cause why he should not be sanctioned or held in contempt by failing to comply with Court's multiple Orders requiring his attendance in person at the final pretrial conference. (*See* ECF No. 102; *see also, e.g.*, Minutes, Aug. 19, 2025; Minutes, May 14, 2025; Minutes, Apr. 10, 2025.)

The Court **ORDERS** new trial counsel for Mr. Gumbel to enter a notice of appearance no later than September 12, 2025. The Court schedules a hearing on this Order to Show Cause in Courtroom 16B, Carl B. Stokes U.S. Courthouse, 801 West Superior Avenue, Cleveland, Ohio on September 17, 2025 at 1:00 pm. At least 24 hours before hearing, through counsel, Mr. Gumbel shall respond to this Order to Show Cause. Mr. Gumbel shall appear in person with his trial counsel at this

1

hearing. Following the entry of his appearance, Mr. Gumbel's new counsel may file a motion to continue the hearing or explain why the Court's Order to Show Cause should be withdrawn.

**SO ORDERED.**

Dated: August 29, 2025

                               J. Philip Calabrese
                               United States District Judge
                               Northern District of Ohio